IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

KEVIN WILLIAM ELLISON                                            PLAINTIFF

       v.            Civil No. 13-5135

TRAC PHONE WIRELESS, A/K/A
STRAIGHT TALK WIRELESS                                           DEFENDANT

## O R D E R

Now on this 31st day of October, 2013, comes on for consideration the **Magistrate Judge's Report And Recommendation** (document #6), to which no objections have been made, and the Court, having reviewed said Report And Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report And Recommendation** is **adopted** *in toto*.

**IT IS FURTHER ORDERED** that, for the reasons stated in the **Magistrate Judge's Report And Recommendation**, plaintiff's claims are hereby **dismissed**.

IT IS SO ORDERED.

                                        /s/ Jimm Larry Hendren
                                        JIMM LARRY HENDREN
                                        UNITED STATES DISTRICT JUDGE